**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHARAN KUMAR,**

      **Plaintiff,**

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**

      **Defendant.**

                               /

**CIVIL ACTION NO.
6:14-cv-1819-GAP-GJK**

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Charan Kumar ("Plaintiff") and defendant Wells Fargo Bank, National Association ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted this 12th day of May, 2015.

| | |
|---|---|
| *s/ George Michael Gingo* | *s/ R. Frank Springfield* |
| George Michael Gingo (FL Bar # 879533) | R. Frank Springfield (FL Bar # 0010871) |
| James E. Orth, Jr. (FL Bar # 75941) | fspringf@burr.com |
| Gingo & Orth | Gennifer L. Bridges (FL Bar # 0072333) |
| 400 Orange Street | gbridges@burr.com |
| Titusville, Florida 32796 | BURR & FORMAN LLP |
| Telephone: (321) 264-9624 | 200 South Orange Avenue, Suite 800 |
| Facsimile: (866) 311-9573 | Orlando, FL 32801 |
| gingo.george@gmail.com | Telephone: (407) 540-6600 |
| | Facsimile: (407) 540-6601 |
| Counsel for Plaintiff | |
| CHARAN KUMAR | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A. |

23937454 v1